CHARLES KLEIN and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MAX WINSLOW, Appellant, v. HENRY WATERSON, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

WILLIAM BARNETT, Appellant, v. MARY BARNETT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MAX WEINBERGER, as Administrator, etc., of SADIE WEINBERGER, Deceased, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ABRAHAM I. WEISSMAN, Respondent, v. BARNET DAVIS and Another, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.; Clarke, P. J., dissenting.

In the Matter of Proving the Last Will and Testament of THEODORE ANGELO, Deceased. JOHN M. TOBIN, Appellant; LIZZIE B. TALBOT and Another, as Executors, etc., and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ANTHONY BORRELLI, an Infant, by NUNZIO BORRELLI, His Guardian ad Litem, Respondent, v. BERNARD GARLAND, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

NUNZIO BORRELLI, Respondent, v. BERNARD GARLAND, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

HYMAN KORENMAN, Respondent, v. MAX GOLDSTEIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

RICHARD EDWARD BEACH, Respondent, v. MARY EDNA BEACH, Appellant. — Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THOMAS O'SULLIVAN, Respondent, v. THOMAS F. FARRELL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

RICHARD A. CHARTRAND, an Infant, by RICHARD CHARTRAND, His Guardian ad Litem, Respondent, v. W. ROSS PROCTOR, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

RICHARD CHARTRAND, Respondent, v. W. ROSS PROCTOR, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ALEXANDER PFEIFFER, Respondent, v. MAURICE M. STERNBERGER and Another, Appellants, Impleaded with Others.— Order affirmed, with ten